## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## SENIOR JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Date: | March 1, 2016 |
| E.C.R./Reporter: | Mary George | | |

Civil Action No:  **15-cv-01916-WYD-MJW**          Counsel:

**ECHOSTAR SATELLITE SERVICES**                    Elizabeth G. Tillotson
**L.L.C., a Colorado limited liability**
**company**,

       Plaintiff,

v.

**X-ANALOG COMMUNICATIONS, INC., a**              No Appearance
**Texas corporation**,

       Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**2:07 p.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Plaintiff's Motion for Default Judgment and Motion for Attorneys' Fees and Costs [ECF Doc. No. 15], filed November 4, 2015, is raised for argument.

2:12 p.m.   Argument by Plaintiff (Ms. Tillotson).

**ORDERED:**   Plaintiff's Motion for Default Judgment and Motion for Attorneys' Fees and Costs [ECF Doc. No. 15], filed November 4, 2015, is **GRANTED.**

**ORDERED:**   Ms. Tillotson shall submit a proposed order not later than **Wednesday, March 2, 2016.**

**2:16 p.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:  :09**